UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-cv-24295-JEM

INESE BERZINA,

       Plaintiff,

vs.

450 NORTH RIVER DRIVE, LLC D/B/A
KIKI ON THE RIVER,

       Defendant.

_____/

## SUMMONS IN A CIVIL ACTION

TO:    450 NORTH RIVER DRIVE, LLC
        c/o 450 NORTH RIVER DRIVE, LLC, Its Registered Agent
        450 NW North River Drive
        Miami, FL 33128

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                    Brian H. Pollock, Esq.
                    FairLaw Firm
                    135 San Lorenzo Avenue
                    Suite 770
                    Coral Gables, FL 33146
                    Tel:    (305) 230-4884
                    brian@fairlawattorney.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Nov 9, 2023



SUMMONS

s/ W. Cendejas
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court