UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-24295

INESE BERZINA,

    Plaintiff,

vs.

450 NORTH RIVER DRIVE, LLC
D/B/A KIKI ON THE RIVER,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE ON DEFENDANTS**

    Plaintiff, Inese Berzina, files the Returns of Service on Defendants, 450 North River Drive, LLC d/b/a Kiki on the River., (December 6, 2023).

Dated December 7, 2023.

    Respectfully submitted,

    Brian H. Pollock, Esq.
    Brian H. Pollock, Esq.
    Fla. Bar No. 174742
    brian@fairlawattorney.com
    FAIRLAW FIRM
    135 San Lorenzo Avenue
    Suite 770
    Miami, FL 33146
    Tel: 305.230.4884
    *Counsel for Plaintiff*