# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:23-CV-24295-JEM

Plaintiff: **INESE BERZINA**
vs.
Defendant: **450 NORTH RIVER DRIVE, LLC D/B/A KIKI ON THE RIVER**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 9th day of November, 2023 at 5:08 pm to be served on **450 NORTH RIVER DRIVE, LLC c/o 450 NORTH RIVER DRIVE, LLC, Its Registered Agent, 450 NW North River Drive, Miami, FL 33128**.

I, Joseph Onega, do hereby affirm that on the **6th day of December, 2023** at **1:50 pm, I:**

served a **Limited Liability Company** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Lilian Scott** as **Manager** for **450 NORTH RIVER DRIVE, LLC**, at the address of: **450 NW North River Drive, Miami, FL 33128**, and informed said person of the contents therein, in compliance with Florida statute 48.062

**Additional Information pertaining to this Service:**
11/14/2023  11:47 am  Attempted service at 450 NW North River Drive, Miami, FL 33128. They were closed at this time. The hours online reads they open at 5:00 pm. This is a restaurant called Kiki on the River.
11/16/2023  8:07 pm  Attempted service at 450 NW North River Drive, Miami, FL 33128. The host checked. The registered agent is not here. She told me the manager should be here Monday around 12 noon.
11/20/2023  12:18 pm  Attempted service at 450 NW North River Drive, Miami, FL 33128. The manager is not in. Only a couple of servers and a hostess are present. No one can accept.
11/22/2023  4:36 pm  Attempted service at 450 NW North River Drive, Miami, FL 33128. I spoke to the bartender present. She said there is no one here in charge. Only a server and herself. She would not identify herself as an employee of the registered agent of 450 North River Drive, LLC when asked. She just said she does not know anything.
11/24/2023  6:52 pm  Attempted service at 450 NW North River Drive, Miami, FL 33128. Theya re closed. No one is present.
11/28/2023  1:16 pm  Attempted service at 450 NW North River Drive, Miami, FL 33128. There is no one present at the restaurant. I waited 15 minutes and no one arrived. No one is here.
11/29/2023  8:40 pm  Attempted service at 450 NW North River Drive, Miami, FL 33128. The server present as well as the bartender just shrugged their shoulders when I asked for the manager. I asked other employees and two said the manager is off.
12/1/2023  11:59 am  Attempted service at 450 NW North River Drive, Miami, FL 33128. The door is closed. No one is present.
12/4/2023  7:12 pm  Attempted service at 450 NW North River Drive, Miami, FL 33128. I was told by the hostess that a manager will be here around 1:00 PM on Wednesday. I should return then.
12/6/2023  1:50 pm  Served Lilian Scott as manager at the restaurant located at 450 NW North River Drive, Miami, FL 33128.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: Hispanic, Height: 5'4", Weight: 135, Hair: Dark Blonde, Glasses: N

I acknowledge that I am over the age of 18 years, in good standing in the judicial circuit in which this process was served, and that I have no interest in the above action.  Under penalty of perjury, I declare that I have read the foregoing Return of Service and the acts stated in it are true. F.S. 92.525(2).

**Joseph Onega**
CPS 1861; SPS 1253

**Miami PSPI, LLC**
**1800 Coral Way, Suite 1511**
**Miami, FL 33145**
**(305) 285-4321**

Our Job Serial Number: NAY-2023001847