UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:23-CV-24295

INESE BERZINA,

    Plaintiff,

vs.

450 North River Drive, LLC, d/b/a
KIKI ON THE RIVER,

    Defendant.
_____/

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION
OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, 450 North River, Drive, LLC, d/b/a Kiki on the River ("Defendant"), by and through its undersigned counsel, hereby moves unopposed for an extension of time to respond to Plaintiff Inese Berzina's ("Plaintiff") Complaint, up to and including, Monday, January 15, 2024. Defendant states as follows in support thereof:

1. Plaintiff filed her Complaint on November 9, 2023. [ECF No. 1]. The Complaint was thereafter served on Defendant on December 6, 2023. Therefore, Defendant's response to the Complaint is due on or before December 27, 2023.

2. Undersigned counsel was not made aware of the filing or service of the Complaint until December 20, 2023, as a result of an administrative oversight by an employee of Defendant.

3. Thereafter, undersigned counsel has not been able to complete its analysis of the Complaint and meet with Defendant to address the allegations due to the Christmas holiday.

4. Additionally, due to the New Years holiday, undersigned counsel will need additional time to work with Defendant to determine the appropriate response to the Complaint.

Case No. 1:23-CV-24295

5. This Motion is made in good faith and not for purposes of delay. Moreover, no party will be prejudiced by the granting of this Motion.

6. Pursuant to Rule 7.1(a)(3) of the Local Rules of the Southern District of Florida, undersigned counsel conferred in good faith with Plaintiff's counsel via email on December 26, 2023, and he advised that Plaintiff agrees to the requested twenty-day extension of time.

7. A proposed Order granting the instant Motion is being submitted concurrently herewith.

WHEREFORE, Defendant respectfully requests that the Court grant it an extension of time, up to and including **January 15, 2024,** to file a response to Plaintiff's Complaint.

## CERTIFICATE OF CONFERRAL

Pursuant to S.D. Fla. Local Rule 7.1, I hereby certify that I conferred with Plaintiff's counsel, Brian Pollock, Esq., regarding the relief requested in this Motion. As indicated above, Plaintiff does not oppose the requested twenty-day extension of time.

Dated:  December 26, 2023

Respectfully submitted,

JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone:   305-577-7600
Facsimile:    305-373-4466

*s/ Reynaldo Velazquez*
Reynaldo Velazquez, Esq.
Florida Bar No. 069779
Email: *rey.velazquez@jacksonlewis.com*
Roman Sarangoulis, Esq.
Florida Bar No. 1011944
Email:  *roman.sarangoulis@jacksonlewis.com*
*Counsel for 450 North River Drive, LLC,*
*d/b/a Kiki on the River*

Case No. 1:23-CV-24295

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of December 2023, the foregoing document is being served on all counsel of record identified on the attached Service List via electronic mail.

*s/ Roman Sarangoulis*
Roman Sarangoulis, Esq.

## SERVICE LIST

| | |
|---|---|
| Brian Pollock, Esq.<br>Florida Bar No. 174742<br>Email: *brian@fairlawattorney.com*<br>FAIRLAW FIRM<br>135 San Lorenzo Ave.<br>Coral Gables, Florida 33146<br>Telephone: (305) 230-4884<br><br>*Attorneys for Plaintiff* | Reynaldo Velazquez, Esq.<br>Florida Bar No.: 069779<br>Email: *rey.velazquez@jacksonlewis.com*<br>Roman Sarangoulis, Esq.<br>Florida Bar No. 1011944<br>Email: roman.sarangoulis@jacksonlewis.com<br>JACKSON LEWIS P.C.<br>One Biscayne Tower<br>2 South Biscayne Boulevard, Suite 3500<br>Miami, Florida 33131<br>Telephone: 305-577-7600<br>Facsimile: 305-373-4466<br><br>*Counsel for 450 North River Drive, LLC,*<br>*d/b/a Kiki on the River* |