UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:23-CV-24295

INESE BERZINA,

      Plaintiff,

vs.

450 North River Drive, LLC, d/b/a
KIKI ON THE RIVER,

      Defendant.

_____/

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR**
**EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

      THIS CAUSE is before the Court upon Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint, and the Court, having reviewed the Motion, and otherwise being fully advised in the premises, hereby

      ORDERS AND ADJUDGES that Defendant's Motion for Extension of Time to Respond to Plaintiff's Complaint is GRANTED.  Defendant shall have up to and including Monday, January 15, 2024, to respond to the Complaint.

      DONE and ORDERED at Miami, Florida, this _____ day of December 2023.


                                                              _____
                                                             JOSE E. MARTINEZ
                                                             UNITED STATES DISTRICT JUDGE


cc:      All Counsel of Record