UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:23-CV-24295-JEM

INESE BERZINA,

    Plaintiff,

vs.

450 North River Drive, LLC, d/b/a
KIKI ON THE RIVER,

    Defendant.
_____/

## NOTICE OF ATTORNEY APPEARANCE

PLEASE TAKE NOTICE that Reynaldo Velazquez, Esq., of the law firm of Jackson Lewis P.C., hereby makes his appearance as counsel for Defendant, 450 NORTH RIVER DRIVE, LLC, d/b/a KIKI ON THE RIVER ("Defendant"), in the above-captioned matter, and requests that all pleadings, correspondence, and other documents regarding this case be forwarded to the attention of the undersigned.

Dated:  December 27, 2023

                                            Respectfully submitted,

                                            JACKSON LEWIS P.C.
                                            One Biscayne Tower, Suite 3500
                                            2 South Biscayne Boulevard
                                            Miami, Florida 33131
                                            Telephone:   305-577-7600
                                            Facsimile:    305-373-4466
                                            *s/ Reynaldo Velazquez*
                                            Reynaldo Velazquez, Esq.
                                            Florida Bar No. 069779
                                            Email: *rey.velazquez@jacksonlewis.com*
                                            Roman Sarangoulis, Esq.
                                            Florida Bar No. 1011944
                                            Email: *roman.sarangoulis@jacksonlewis.com*

CASE NO. 1:23-CV-24295-JEM

*Counsel for 450 North River Drive, LLC,
d/b/a Kiki on the River*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of December 2023, the foregoing document is being served on all counsel of record identified on the attached Service List via electronic mail.

*s/ Reynaldo Velazquez*
Reynaldo Velazquez, Esq.

## SERVICE LIST

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:23-CV-24295-JEM**

| | |
|---|---|
| Brian Pollock, Esq.<br>Florida Bar No. 174742<br>Email: *brian@fairlawattorney.com*<br>FAIRLAW FIRM<br>135 San Lorenzo Ave.<br>Coral Gables, Florida 33146<br>Telephone: (305) 230-4884<br><br>*Attorneys for Plaintiff* | Reynaldo Velazquez, Esq.<br>Florida Bar No.: 069779<br>Email: *rey.velazquez@jacksonlewis.com*<br>Roman Sarangoulis, Esq.<br>Florida Bar No. 1011944<br>Email: *roman.sarangoulis@jacksonlewis.com*<br>JACKSON LEWIS P.C.<br>One Biscayne Tower<br>2 South Biscayne Boulevard, Suite 3500<br>Miami, Florida 33131<br>Telephone: 305-577-7600<br>Facsimile: 305-373-4466<br><br>*Counsel for 450 North River Drive, LLC,*<br>*d/b/a Kiki on the River* |