# EXHIBIT "A"

## MUTUAL ARBITRATION AGREEMENT

In consideration of the at-will employment relationship between 450 North River Drive LLC- DBA- Kiki On Th River Management Team, Inc. ("Employer") and _____ ("Employee") and the mutual desire of th parties to enter into this Mutual Agreement to Arbitrate Claims ("Agreement"), the parties hereby agree as follows.

1. **Scope of Arbitration**: Employer is engaged in interstate commerce. Accordingly, Employee and Employer mutually agree that any and all claims, controversies, or disputes between Employee and Employer (including any of Employer's related entities, employees, officers, owners, or agents), that arise out of or relate to Employee's employment with, recruitment to, investment in, or termination from Employer, shall be resolved exclusively through final and binding private arbitration pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1, et seq. ("FAA"). This shall include any claim, controversy, or dispute of any kind that may arise relating to Employee's employment, including, without limitation, claims relating to breach of contract, express or implied; claims for wages, benefits or compensation; claims for unfair business practices; claims based on tort, public policy, emotional distress, defamation, fraud, or misrepresentation; claims for unfair competition or concerning the unauthorized use and/or disclosure of any confidential information, trade secret, or any other intellectual property right; and any statutory claims relating to employment, including but not limited to claims arising under Title VII of the Civil Rights Act of 1964, the Equal Pay Act, the Fair Credit Reporting Act, the Age Discrimination in Employment Act, the Americans with Disabilities Act, the Family and Medical Leave Act, the Fair Labor Standards Act, the Consolidated Omnibus Reconciliation Act, the Occupational Safety and Health Act, the Older Workers' Benefits Protection Act, and the Employee Retirement Income Security Act of 1974, the Florida Civil Rights Act, and the Florida Whistleblower Act of 1986 and 1999. The parties mutually agree that arbitration shall be the sole and exclusive forum for resolving all such claims, and Employee and Employer both agree that they are waiving any right to have their claims or disputes resolved in civil litigation by a court or jury trial. Provided, however, that Employer and Employee shall be allowed access to courts of competent jurisdiction to pursue a provisional remedy such as a temporary restraining order and/or a preliminary injunction pending arbitration of any dispute.

The only claims expressly excluded from arbitration and not covered by this Agreement are: (i) claims relating to workers' compensation, unemployment insurance benefits, or state and federal disability insurance, which shall be brought according to their applicable laws; and (ii) any other dispute or claim that has been expressly excluded from arbitration by statute.

Even though the Employer and Employee agree to arbitrate the merits of all Claims, Employee understands that Employee still has the right to file complaints or charges regarding Employee's employment with the appropriate government agencies. However, Employee explicitly waives the right to recover any monetary award as a result of any such complaint or charge with a governmental agency except as otherwise provided by law.

2. **Arbitration Procedures**: In arbitration, each side in the dispute presents its case, including evidence, to a neutral third party called an "arbitrator," rather than to a judge or jury. By signing this Agreement, the parties agree that any arbitration shall be conducted before one neutral arbitrator selected by the parties and shall be conducted under the JAMS Employment Arbitration Rules & Procedures ("JAMS Rules") then in effect. The arbitrator shall be either an attorney or a retired judge. *Employee may obtain a copy of the JAMS Rules by requesting a copy from Human Resources or by accessing the JAMS website at https://www.jamsadr.com/rules-employment.* By signing this Agreement, Employee acknowledges that Employee has had an opportunity to review the JAMS Rules before signing this Agreement.

The arbitration shall take place in Miami-Dade County. The parties are entitled to be represented by their own legal counsel in the arbitration proceeding and agree to maintain the proceedings and the award, including the hearing, as confidential, except as is otherwise required by court order, required by law, or as is necessary to confirm, vacate, or enforce the award. The arbitrator shall have the authority to order such discovery by way of

302785863 v5

deposition, interrogatory, document production, or otherwise, as the arbitrator considers necessary to a full and fair exploration of the issues in dispute, consistent with the expedited nature of arbitration  The arbitrator is authorized to award any remedy or relief available under applicable law that the arbitrator deems just and equitable, including any remedy or relief that would have been available to the parties had the matter been heard in a court.

The decision of the arbitrator shall be in writing and shall provide the reasons for the award unless the parties agree otherwise. Judgment on the award rendered by the arbitrator may be entered in any court having jurisdiction. The arbitrator's decision is final and binding which means there will be no trial by a judge or jury, or ability to appeal the arbitrator's decision except as provided by law.

    3. <u>Arbitration Fees and Costs</u>: The Employer shall pay the administrative costs and fees directly related to the arbitration, including the arbitrator's fees. Each party shall otherwise bear their own respective attorneys' fees and costs, including the costs of any depositions or for expert witnesses, unless any applicable contract or statute provides otherwise to the prevailing party, in which case the arbitrator shall have the authority to award costs and attorneys' fees to the prevailing party in accordance with the applicable law.

    4. <u>Class and Collective Action Waiver</u>: Employee waives the right to bring any claim on a class and/or collective action basis. The arbitrator shall have no power to arbitrate class and/or collective action Claims. If Employee is included in any class and/or collective action claims, Employee will opt-out or refrain from opting-in to such claims. Nothing in this waiver precludes Employee's rights under the National Labor Relations Act (the "<u>NLRA</u>") to exercise Employee's rights under the NLRA.

    5. <u>Governing Law and Arbitrator Powers</u>: In deciding the legal issues related to any claim and determining an appropriate legal or equitable remedy, the Arbitrator shall apply the appropriate federal law or the law of the State of Florida. The arbitrator, and not a court, shall have the sole authority to interpret the scope of this Agreement and to interpret and apply the applicable JAMS Rules, and the arbitrator's decisions on such matters shall be final and binding on the parties to the fullest extent permitted by law.

    6. <u>Entire Agreement; Modification</u>: This Agreement supersedes and replaces any prior written arbitration agreement or provision. The terms of this Agreement control over any prior or subsequent oral discussions Employee may or have had with an Employer representative about arbitration. The Employer may amend or modify this Agreement at any time in its sole and require Employee to execute a new arbitration agreement.

    7. <u>Severability</u>: In the event that any provision of this Agreement is held to be void, null, or unenforceable, the remaining portions shall remain in full force and effect.

    8. <u>Survival of Agreement</u>:  Employee and Employer acknowledge and agree that this Agreement and the obligations it imposes on the parties shall survive the termination of Employee's employment with the Employer, regardless of the reason for the termination. Should Employee work for more than one Employer and/or transfer to a new Employer, this Agreement shall remain valid and enforceable as to all Employers for whom Employee has worked. This Agreement shall survive termination of any employment relationship between Employee and any Employer.

    9. <u>At-Will Employment</u>: This Agreement does not in any way alter the "at-will" status of Employee's employment with the Company. Either the Employer or Employee may terminate Employee's employment at any time, for any reason, with or without cause or advance notice

    10. <u>Miscellaneous</u>: If Employee has any questions about this Agreement or wishes to have any of its terms explained, Employee may ask Human Resources. Employee may also wish to consult an attorney about the pros

and cons of this Agreement. The original version of this Agreement is in the English language. Any discrepancy or conflicts between the English version and any other language version will be resolved with reference to and by interpreting the English version.

EMPLOYEE ACKNOWLEDGES THAT EMPLOYEE HAS CAREFULLY READ THIS MUTUAL AGREEMENT TO ARBITRATE CLAIMS, THAT EMPLOYEE UNDERSTANDS ITS TERMS, AND THAT EMPLOYEE HAS ENTERED INTO THIS AGREEMENT VOLUNTARILY, WITHOUT UNDUE PRESSURE, AND NOT IN RELIANCE ON ANY PROMISE OR REPRESENTATION BY THE EMPLOYER OR ANY PERSON OTHER THAN THOSE CONTAINED IN THIS AGREEMENT. EMPLOYEE ACKNOWLEDGES THAT BEFORE EMPLOYEE SIGNED THIS AGREEMENT EMPLOYEE HAD AN OPPORTUNITY TO ASK QUESTIONS CONCERNING IT. EMPLOYEE UNDERSTANDS THAT EMPLOYEE IS PERMITTED TO TAKE THIS AGREEMENT WITH EMPLOYEE AND REVIEW IT WITH AN ATTORNEY OF EMPLOYEE'S CHOICE IF SO DESIRED. EMPLOYEE FURTHER UNDERSTANDS THAT EMPLOYEE MUST SIGN THIS AGREEMENT BEFORE EMPLOYEE MAY BEGIN OR CONTINUE EMPLOYMENT WITH THE EMPLOYER.

BY SIGNING THIS AGREEMENT, THE PARTIES HEREBY WAIVE THEIR RIGHT TO HAVE ANY DISPUTE, CLAIM, OR CONTROVERSY DECIDED BY A JUDGE OR JURY IN A COURT AND GIVE UP THE RIGHT TO PROCEED ON A CLASS AND/OR COLLECTIVE ACTION BASIS AS TO CLAIMS COVERED BY THIS AGREEMENT. THE PARTIES AGREE THAT ANY REPRESENTATIVE CLAIMS THAT ARE FOUND NOT SUBJECT TO ARBITRATION UNDER THIS AGREEMENT SHALL BE RESOLVED IN COURT AND ARE STAYED PENDING THE OUTCOME OF THE ARBITRATION.

| EMPLOYEE | EMPLOYER |
|---|---|
| INESE BERZINA  (Print Name) | |
| *(signature)* (Signature) | |
| 03/24/19 (Date) | By: *Spiros [signature]*  Its: |

NOTICE: Employer reserves the right to reject this Agreement if any changes are made by Employee.

31

302785863 v5