UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 23-24295-CIV-MARTINEZ

INESE BERZINA,

    Plaintiff,

vs.

450 North River Drive, LLC, d/b/a
KIKI ON THE RIVER,

    Defendant.
_____/

### ORDER COMPELLING ARBITRATION AND STAYING CASE

**THIS CAUSE** came before the Court upon Defendant's Unopposed Motion to Stay Proceedings and Compel Arbitration ("Motion"). (ECF No. 9). Defendant moves to compel Plaintiff to proceed to arbitration on his claims pursuant to the March 24, 2019 agreement with Defendant. (*Id.* at 2). Accordingly, it is hereby **ORDERED AND ADJUDGED** that

1. Defendant's Motion, (ECF No. 9), is **GRANTED**.

2. This case is **STAYED** pending the completion of arbitration. The Clerk of the Court is **DIRECTED** to mark this case as **CLOSED** for statistical purposes only and all pending motions are **DENIED AS MOOT**. This Order shall not prejudice the substantive rights of any of the parties to this litigation.

3. **Every three months**, starting from the date of this Order, the parties shall file a joint status report informing the Court regarding the status of the arbitration proceedings. Additionally, within **five days** of the completion of the arbitration, the parties shall file a joint status report notifying the Court about the outcome of the arbitration.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30th day of January, 2024.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record