UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:23-CV-24295-JEM

INESE BERZINA,

    Plaintiff,

vs.

450 NORTH RIVER DRIVE, LLC,
d/b/a KIKI ON THE RIVER,

    Defendant.
_____/

## JOINT STATUS REPORT

Defendant, 450 North River, Drive, LLC, d/b/a Kiki on the River ("Kiki" or "Defendant"), and Plaintiff, Inese Berzina ("Berzina" or "Plaintiff"), by and through undersigned counsel, and pursuant to the Court's *Order Compelling Arbitration and Staying Case* [ECF No. 13], hereby file their Joint Status Report, and state as follows:

On November 9, 2023, Plaintiff filed her Complaint in this Court alleging claims of sex-based discrimination in violation of the Florida Civil Rights Act ("FCRA") and Title VII of the Civil Rights Act of 1964 ("Title VII") as well as violation of the Equal Pay Act. [ECF No.1]. Defendant filed its Answer and Defenses to the Complaint on January 16, 2024. [ECF No. 10].

On January 15, 2024, the Defendant filed its Unopposed Motion to Stay Proceedings and to Compel Binding Arbitration. [ECF No. 9]. On January 30, 2024, the Court entered its Order Compelling Arbitration and Staying the Case. [ECF No. 13].

On or about February 13, 2024, Plaintiff submitted her Demand for Arbitration to Judicial Arbitration and Mediation Services, Inc., ("JAMS"). JAMS provided a list of potential arbitrators pursuant to its rules. The Parties were unable to agree on an arbitrator provided by JAMS.

Case No. 1:23-CV-24295-JEM

However, per the terms of the Arbitration Agreement, the Parties agreed to proceed with Susan Eisenberg, Esq., as the arbitrator for this case with the AAA rules of procedure applying. The Arbitrator has since entered a scheduling order in consultation with the parties and the arbitration is scheduled for March 4-6, 2025. The parties are currently in the process of exchanging responses to their written discovery.

Dated: July 30, 2024

Respectfully submitted,

*s/ Brian Pollock*
Brian Pollock, Esq.
Florida Bar No. 174742
Email: *brian@fairlawattorney.com*
FAIRLAW FIRM
135 San Lorenzo Ave.
Coral Gables, Florida 33146
Telephone: (305) 230-4884

*Counsel for Plaintiff*

*s/ Roman Sarangoulis*
Reynaldo Velazquez, Esq.
Florida Bar No.: 069779
Email: *rey.velazquez@jacksonlewis.com*
Roman Sarangoulis, Esq.
Florida Bar No. 1011944
Email: *roman.sarangoulis@jacksonlewis.com*
JACKSON LEWIS P.C.
One Biscayne Tower
2 South Biscayne Boulevard, Suite 3500
Miami, Florida 33131
Telephone: 305-577-7600

*Counsel for Defendants*