UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:23-CV-24295-JEM

INESE BERZINA,

    Plaintiff,

vs.

450 NORTH RIVER DRIVE, LLC,
d/b/a KIKI ON THE RIVER,

    Defendant.
_____/

## DEFENDANT'S STATUS REPORT

Defendant, 450 North River, Drive, LLC, d/b/a Kiki on the River ("Kiki" or "Defendant"), by and through its undersigned counsel, and pursuant to the Court's *Order Compelling Arbitration and Staying Case* [ECF No. 13], hereby file its Status Report, and state as follows[1]:

On November 9, 2023, Plaintiff filed her Complaint in this Court alleging claims of sex-based discrimination under the Florida Civil Rights Act ("FCRA"), Title VII of the Civil Rights Act of 1964 ("Title VII"), and the Equal Pay Act. [ECF No.1]. Defendant filed its Answer and Defenses to the Complaint on January 16, 2024. [ECF No. 10].

On January 15, 2024, the Defendant filed its Unopposed Motion to Stay Proceedings and to Compel Binding Arbitration. [ECF No. 9]. On January 30, 2024, the Court entered its Order Compelling Arbitration and Staying the Case. [ECF No. 13].

---

[1] The *Order Compelling Arbitration and Staying Case* requests that the Parties file a Joint Status Report. Defendant provided Plaintiff's counsel with a draft report on April 30, 2025, at 9:55 am. As of the time of this filing, no response was received. Therefore, in an abundance of caution, and to comply with the Court Order to the extent possible, Defendant submits this status report for the Court's consideration.

Case No. 1:23-CV-24295-JEM

On or about February 13, 2024, Plaintiff submitted her Demand for Arbitration to Judicial Arbitration and Mediation Services, Inc., ("JAMS").  JAMS provided a list of potential arbitrators pursuant to its rules.  The Parties were unable to agree on an arbitrator provided by JAMS.  However, per the terms of the Arbitration Agreement, the Parties agreed to proceed with Susan Eisenberg, Esq., as the arbitrator for this case with the AAA rules of procedure applying.  The Arbitrator entered an initial scheduling order setting this action for a final hearing on March 4-6, 2025.

The Parties exchanged initial written discovery requests and responses.  However, discovery disputes arose, which resulted in the need for multiple hearings on the discovery issues. The ongoing discovery disputes caused delays in the deadlines that the arbitrator set in the initial scheduling order.  As a result, the Parties have not completed discovery. The Arbitrator entered a second Scheduling Order on February 5, 2025, to address the previously pending deadlines. The Arbitrator reset the final hearing to occur on October 7-9, 2025.

Dated:  April 30, 2025

Respectfully submitted,

*s/ Roman Sarangoulis*
Reynaldo Velazquez, Esq.
Florida Bar No.:  069779
Email: *rey.velazquez@jacksonlewis.com*
Roman Sarangoulis, Esq.
Florida Bar No. 1011944
Email: *roman.sarangoulis@jacksonlewis.com*
JACKSON LEWIS P.C.
1 SE 3rd Ave.,
Suite 2300
Miami, Florida 33131
Telephone: 305-577-7600

*Counsel for Defendant*

Case No. 1:23-CV-24295-JEM

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of April 2025, the foregoing document is being served on all counsel of record identified on the attached Service List via electronic mail.

<i>s/ Roman Sarangoulis</i><br>
Roman Sarangoulis, Esq.

## SERVICE LIST

| | |
|---|---|
| Brian Pollock, Esq.<br>Florida Bar No. 174742<br>Email: *brian@fairlawattorney.com*<br>FAIRLAW FIRM<br>135 San Lorenzo Ave.<br>Coral Gables, Florida 33146<br>Telephone: (305) 230-4884<br><br>*Attorneys for Plaintiff* | Reynaldo Velazquez, Esq.<br>Florida Bar No.: 069779<br>Email: *rey.velazquez@jacksonlewis.com*<br>Roman Sarangoulis, Esq.<br>Florida Bar No. 1011944<br>Email: *roman.sarangoulis@jacksonlewis.com*<br>JACKSON LEWIS P.C.<br>1 SE 3rd Ave.,<br>Suite 2300<br>Miami, Florida 33131<br>Telephone: 305-577-7600<br>Facsimile: 305-373-4466<br><br>*Counsel for Defendant* |

4934-2142-1884, v. 1