UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:23-CV-24295-JEM

INESE BERZINA,

     Plaintiff,

vs.

450 NORTH RIVER DRIVE, LLC,
d/b/a KIKI ON THE RIVER,

     Defendant.

_____/

## JOINT STATUS REPORT

Defendant, 450 North River, Drive, LLC, d/b/a Kiki on the River ("Kiki" or "Defendant"), and Plaintiff, Inese Berzina ("Berzina" or "Plaintiff"), by and through undersigned counsel, and pursuant to the Court's *Order Compelling Arbitration and Staying Case* [ECF No. 13], hereby file their Status Report, and state as follows:

On November 9, 2023, Plaintiff filed her Complaint in this Court alleging claims of sex-based discrimination under the Florida Civil Rights Act ("FCRA"), Title VII of the Civil Rights Act of 1964 ("Title VII"), and the Equal Pay Act. [ECF No.1]. Defendant filed its Answer and Defenses to the Complaint on January 16, 2024. [ECF No. 10].

On January 15, 2024, the Defendant filed its Unopposed Motion to Stay Proceedings and to Compel Binding Arbitration. [ECF No. 9]. On January 30, 2024, the Court entered its Order Compelling Arbitration and Staying the Case. [ECF No. 13].

On or about February 13, 2024, Plaintiff submitted her Demand for Arbitration to Judicial Arbitration and Mediation Services, Inc., ("JAMS"). JAMS provided a list of potential arbitrators pursuant to its rules. The Parties were unable to agree on an arbitrator provided by JAMS.

Case No. 1:23-CV-24295-JEM

However, per the terms of the Arbitration Agreement, the Parties agreed to proceed with Susan Eisenberg, Esq., as the arbitrator for this case with the AAA rules of procedure applying.  The Arbitrator entered an initial scheduling order setting this action for a final hearing on March 4-6, 2025.

The Parties exchanged initial written discovery requests and responses.  However, discovery disputes arose, which resulted in the need for multiple hearings on the discovery issues. The ongoing discovery disputes caused delays in the deadlines that the arbitrator set in the initial scheduling order.  As a result, the Parties have not completed discovery.

On October 29, 2025, the Arbitrator conducted a hearing to address additional outstanding discovery that the Parties raised. The Arbitrator next entered an Order on October 30, 2025, extending the deadlines for Berzina to complete discovery, for the parties to file dispositive motions, and rescheduling the final hearing to April 22-24, 2026.

Dated: October 30, 2025

Respectfully submitted,

*s/ Brian Pollock*
Brian Pollock, Esq.
Florida Bar No. 174742
Email: *brian@fairlawattorney.com*
FAIRLAW FIRM
135 San Lorenzo Ave.
Coral Gables, Florida 33146
Telephone: (305) 230-4884

*Counsel for Plaintiff*

*s/ Roman Sarangoulis*
Reynaldo Velazquez, Esq.
Florida Bar No.:  069779
Email: *rey.velazquez@jacksonlewis.com*
Roman Sarangoulis, Esq.
Florida Bar No. 1011944
Email: *roman.sarangoulis@jacksonlewis.com*
JACKSON LEWIS P.C.
1 SE 3rd Avenue, Suite 2300
Miami, Florida 33131
Telephone: 305-577-7600

*Counsel for Defendant*