**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

CASE NO. 1:23-CV-24295-JEM

INESE BERZINA,

      Plaintiff,

vs.

450 NORTH RIVER DRIVE, LLC,
d/b/a KIKI ON THE RIVER,

      Defendant.

_____/

### <u>JOINT STATUS REPORT</u>

Defendant, 450 North River, Drive, LLC, d/b/a Kiki on the River ("Kiki" or "Defendant"), and Plaintiff, Inese Berzina ("Berzina" or "Plaintiff"), by and through their undersigned counsel, and pursuant to the Court's *Order Compelling Arbitration and Staying Case* [ECF No. 13], hereby file their *Joint Status Report*, and state as follows:

The Parties presented their respective cases at the final arbitration hearing, which lasted from April 20 to 23, 2026. The Parties could not complete the final arbitration hearing within the three days allotted.  The final arbitration hearing is scheduled to resume on September 23 and 24, 2026.

      Dated: July 30, 2026

                Respectfully submitted,

*s/Brian Pollock*                              *s/Reynaldo Velazquez*
Brian Pollock, Esq.                    Reynaldo Velazquez, Esq.
Florida Bar No. 174742               Florida Bar No.:  069779
Email: *brian@fairlawattorney.com*      Email: *rey.velazquez@jacksonlewis.com*
FAIRLAW FIRM                      Roman Sarangoulis, Esq.
135 San Lorenzo Avenue             Florida Bar No. 1011944
Coral Gables, Florida 33146         Email: *roman.sarangoulis@jacksonlewis.com*

Case No. 1:23-CV-24295-JEM

Telephone: (305) 230-4884

*Counsel for Plaintiff*

JACKSON LEWIS P.C.
1 SE 3rd Avenue, Suite 2300
Miami, Florida 33131
Telephone: 305-577-7600

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document is being served on July 30, 2026, on all counsel of record on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

s/ *Reynaldo Velazquez*
Reynaldo Velazquez, Esq.

## SERVICE LIST

Brian Pollock, Esq.
Florida Bar No. 174742
Email: *brian@fairlawattorney.com*
FAIRLAW FIRM
135 San Lorenzo Avenue
Coral Gables, Florida 33146
Telephone: (305) 230-4884

*Counsel for Plaintiff*

Reynaldo Velazquez, Esq.
Florida Bar No.:  069779
Email: *rey.velazquez@jacksonlewis.com*
Roman Sarangoulis, Esq.
Florida Bar No. 1011944
Email: *roman.sarangoulis@jacksonlewis.com*
JACKSON LEWIS P.C.
1 SE 3rd Avenue, Suite 2300
Miami, Florida 33131
Telephone: 305-577-7600

*Counsel for Defendant*

2