UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:23-CV-24295-JEM

INESE BERZINA,

Plaintiff,

vs.

450 NORTH RIVER DRIVE, LLC,
d/b/a KIKI ON THE RIVER,

Defendant.
___________________________________/

**JOINT STATUS REPORT**

Defendant, 450 North River, Drive, LLC, d/b/a Kiki on the River ("Kiki" or "Defendant"), and Plaintiff, Inese Berzina ("Berzina" or "Plaintiff"), by and through their undersigned counsel, and pursuant to the Court's *Order Compelling Arbitration and Staying Case* [ECF No. 13], hereby file their *Joint Status Report*, and state as follows:

The Parties presented their respective cases at the final arbitration hearing, which lasted from April 20 to 23, 2026. The Parties could not complete the final arbitration hearing within the three days allotted. Therefore, the final arbitration hearing was continued and was completed on September 23, 2026. The Parties are in the process of preparing post hearing briefs, which are currently due to the Arbitrator on or before November 13, 2026. The Arbitrator anticipates entering her final order in this matter on or before January 8, 2027.

Dated: October 27, 2026

Respectfully submitted,

*s/ Brian Pollock*
Brian Pollock, Esq.
Florida Bar No. 174742
Email: *brian@fairlawattorney.com*
FAIRLAW FIRM
135 San Lorenzo Avenue
Coral Gables, Florida 33146
Telephone: 305-230-4884

*Counsel for Plaintiff*

*s/ Reynaldo Velazquez*
Reynaldo Velazquez, Esq.
Florida Bar No.: 069779
Email: *rey.velazquez@jacksonlewis.com*
Roman Sarangoulis, Esq.
Florida Bar No. 1011944
Email: *roman.sarangoulis@jacksonlewis.com*
JACKSON LEWIS P.C.
1 SE 3rd Avenue, Suite 2300
Miami, Florida 33131
Telephone: 305-577-7600

*Counsel for Defendant*